

# G.L.A. Collection Company, Incorporated

NMLS ID: 1138329　　Street Address: 2630 Gleeson Lane, Louisville, KY 40299　　Phone: 502-267-7522　　Website: www.gla-payments.com, www.glacompany.com, www.paydatacenter.com
　　　　　　　　　　Mailing Address: 2630 Gleeson Lane, Louisville, KY 40299　　Toll-Free Number: 800-928-7809　　Fax: 502-261-1072　　Email: patrick.lynch@glacompany.com

Other Trade Names : Medical Insurance Billing Systems
Prior Other Trade Names : None
Prior Legal Names : None
Sponsored MLOs : 0

Fiscal Year End: 12/31　　Formed in: Kentucky, United States　　Date Formed: 08/13/1974　　Stock Symbol: None　　Business Structure: Corporation

Regulatory Actions : None posted in NMLS.

**Branch Locations**　No Branch Locations in NMLS

**State Licenses/Registrations**　(Displaying 4 Active of 4 Total)

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| **Arizona** | Collection Agency License | Yes | **Submit to Regulator** |
| **Connecticut** | Consumer Collection Agency License | Yes | **Submit to Regulator** |
| **Indiana-SOS** | Collection Agency License | Yes | **Submit to Regulator** |
| **Oregon** | Collection Agency Registration | Yes | **Submit to Regulator** |

Regulatory Actions　　While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link.

No regulatory actions have been posted in NMLS.

Information made available through NMLS Consumer Access<sup>SM</sup> is derived from NMLS (Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry), the financial services industry's online registration and licensing database. NMLS was created by the Conference of State Bank Supervisors (CSBS) and the American Association of Residential Mortgage Regulators (AARMR) and is owned and operated by the State Regulatory Registry LLC (SRR), a wholly owned subsidiary of CSBS. For more information about the System, please visit the NMLS Resource Center or the NMLS Federal Registry Resource Center websites. | Download PDF Reader



EXHIBIT B